K. WILLIAM CURTIS
Chief Counsel, Bar No. 095753
WARREN C. STRACENER
Deputy Chief Counsel, Bar No. 127921
JENNIFER M. GARTEN
Legal Counsel, Bar No. 232979
Department of Personnel Administration
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95814-7243
Telephone: (916) 324-0512
Facsimile:  (916) 323-4723

**OK/HAV**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES M. MOORE, et al., individually and on behalf of other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 2:94-CV-00153 DFL-GGH<br><br>STIPULATION FOR CONTINUANCE<br>(Local Rules 78-230, 6-1444, & 83-143)<br><br>Date:　　September 28, 2005<br>Time:　　10:00 a.m.<br>Judge:　　David F. Levi<br>Dept:　　7 |

　　　　Pursuant to Local Rules 78-230, 6-144 and 83-143, the parties stipulate that the Court should issue an order continuing the hearing on the motion for cy pres distribution of unclaimed funds from September 28, 2005 to November 9, 2005 at 10:00 a.m.  A continuance is necessary because of conflicting commitments of counsel.  Neither party has requested nor been granted any other continuances in this proceeding.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Stipulation for Continuance

1  Opposition papers will be due to be filed not less than twenty-one (21) days preceding the
2  continued hearing date, as agreed to by the parties.  Reply papers will be due to filed not less than
3  five (5) court days preceding the continued hearing date, in accordance with Local Rule 78-230.
4  Dated:  September 7, 2005

6                  /s/ Jennifer M. Garten
                JENNIFER M. GARTEN
7                  Legal Counsel
                Attorneys for Defendants

10                  /s/ Garry M. Messing (as authorized on 9/7/05)
                GARY M. MESSING
11                  Carroll, Burdick & McDonough, LLP
                Attorneys for Plaintiffs and Consenters

14  IT IS SO ORDERED
15  Dated:  9/9/2005
16                  /s/ David F. Levi
                Honorable David F. Levi
17                  U.S. District Court Judge

Stipulation for Continuance